UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN
CLERK

TEL. (787) 772-3012
FAX (787) 766-5693

April 9, 2007

Kevin F. Rowe
Clerk of Court
US District Court
450 Main Street
Hartford, CT 06103

Re: Cr. No. 99-125-09 (JAF)
Cr. No. 98-200-01 (PG)
USA vs. Ramos-Rivera

Dear Mr. Rowe:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on March27, 2007, we enclose the following documents:

1. Certified copy of Indictment filed on May 5, 1999 (docket # 2).

2. Certified copy of Sealed Judgment filed on May 31, 2001 (docket # 1209).

3. Certified copy of Transfer of Jurisdiction Order filed on March 27, 2007 (docket # 1492).

4. Certified copy of docket sheet .

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Isis Egele
Operations Manager

Enc.
cc: Jose Soto, SUSPO